AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00523-JRS-MG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CREDITSERVE, INC.**
was received by me on *(date)* **3/25/25**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **ALEX GONZALEZ**, who is designated by law to accept service of process on behalf of *(name of organization)* **COGENCY GLOBAL, INC.** on *(date)* **3/25/25** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **3/25/25**

Server's signature

**J. ADAMS / PROCESS SERVER**
Printed name and title

**1017 L ST, #654, SACRAMENTO, CA 95814**
Server's address

Additional information regarding attempted service, etc:

**CALIFORNIA JURAT**

GOVERNMENT CODE § 8202

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Sacramento_

Subscribed and sworn to (or affirmed) before me on this _27th_ day of _March_, 20_25_, by
Date / Month / Year

(1) _John Adams_

(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

[Notary Stamp: LANE ELLIOTT, Notary Public - California, Sacramento County, Commission # 2409688, My Comm. Expires Jul 25, 2026]

*Place Notary Seal and/or Stamp Above*

———— OPTIONAL ————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Nathan Horatschki, on behalf of Plaintiff and a class <br><br> *Plaintiff(s)* <br> v. <br> Wahido Lending d/b/a River Valley Loans; CreditServe, Inc.; Eric Welch; Viking Client Services, LLC d/b/a Viking Billing Services and Viking Payment Services; Lead Envy, LLC d/b/a Tekambi; and John Does 1-20 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:25-cv-00523-JRS-MG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CreditServe, Inc.
c/o Registered Agent, Cogency Global Inc.
1325 J Street, Suite 1550
Sacramento, CA 95814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St., Ste. 1800
Chicago, IL 60603
(312) 739-4200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Kristine L. Seufert

Date:  3/20/2025

BY: _____
Deputy Clerk