**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| *Nathan Horatschki,*<br>on behalf of himself and those similarly situated,<br><br>        Plaintiff<br><br>        v.<br><br>*Wahido Lending d/b/a/ River Valley Loans,*<br>et al.*,*<br><br>        Defendants. | Case No. 1:25-cv-523-JRS-MG<br><br>Judge James R. Sweeney II<br>Magistrate Judge Mario Garcia |

## NOTICE OF DEFENDANT ERIC WELCH'S FIRST EXTENSION OF TIME

Defendant Eric Welch, through his undersigned counsel, hereby submits this Notice of First Extension of Time ("Notice"), pursuant to Local Rule 6-1(a), extending his deadline to answer, move, or otherwise respond to the Complaint to July 13, 2025. In support, Mr. Welch states as follows:

1. Mr. Welch's deadline to answer, move, or otherwise respond to the Complaint has not previously been extended.

2. Mr. Welch waived service, thereby setting an original deadline of June 15, 2025, to answer, move, or otherwise respond to the Complaint. (Doc. No. 16). This Notice extends Mr. Welch's deadline by 28 days.

3. The Notice does not interfere with the Court's Case Management Plan because a case management plan has not yet been entered.

4. Plaintiff's counsel has agreed to extending Mr. Welch's deadline to answer, move, or otherwise respond to the Complaint to July 13, 2025.

Accordingly, pursuant to Local Rule 6-1(a), Mr. Welch's deadline to answer, move, or otherwise respond to the Complaint is reset to July 13, 2025.

Dated:  April 30, 2025

Respectfully submitted,

By:    */s/ Craig R. Martin*
Paul Ferak (ARDC #6272208 - IL)
Peter Rush (IN Bar #6634-49)
Craig R. Martin (ARDC #6336324 - IL)

Greenberg Traurig, LLC
77 West Wacker Drive, Suite 3100
Chicago, IL  60601
Tel: 312.476.5045
ferakp@gtlaw.com
rushp@gtlaw.com
craig.martin@gtlaw.com

*Attorneys for CreditServe, Inc. and Eric Welch*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court of the Southern District of Indiana using the electronic case filing system of the Court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented to accept this Notice as service of this document by electronic means.

/s/   Craig R. Martin
Craig R. Martin (ARDC #6336324 - IL)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL  60601
Tel: 312.476.5045
craig.martin@gtlaw.com

*Attorney for CreditServe, Inc. and Eric Welch*