UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATHAN HORATSCHKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-00523-JRS-MG |
| | ) |
| WAHIDO LENDING D/B/A RIVER VALLEY LOANS, | ) |
| CREDITSERVE, INC., | ) |
| ERIC WELCH, | ) |
| VIKING CLIENT SERVICES, LLC D/B/A VIKING BILLING SERVICES AND VIKING PAYMENT SERVICE, | ) |
| LEAD ENVY, LLC D/B/A TEKAMBI, | ) |
| JOHN DOES 1-20, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION

Pending before the Court is Defendant CreditServe, Inc.'s unopposed motion to respond to Plaintiff's Complaint on July 13, 2025. CreditServe's motion, [Filing No. 22], is **GRANTED**. CreditServe's deadline to respond to the Complaint is now July 13, 2025, which is the current deadline for all other defendants represented by CreditServe's counsel in this matter. Counsel is reminded to consult with the local rules and file a proposed order with future motions.

Date: 5/6/2025

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to counsel of record.**