# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| *Nathan Horatschki,*<br>on behalf of himself and those similarly situated,<br><br>                    Plaintiff<br><br>       v.<br><br>*Wahido Lending d/b/a/ River Valley Loans*, *et al.,*<br><br>                    Defendants. | Case No. 1:25-cv-523-JRS-MG<br><br>Judge James R. Sweeney II<br>Magistrate Judge Mario Garcia |

## UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants CreditServe, Inc. ("CreditServe") and Eric Welch (together, "Defendants"), through its undersigned counsel, hereby move unopposed for a second extension of time to answer, move, or otherwise respond to Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-1(c). The parties have continued their discussions towards resolution, and Defendants seek a 30-day extension to August 12, 2025, to answer, move, or otherwise respond to Plaintiff's Complaint. In further support of this motion, Defendants state as follows:

1. On April 30th, 2025, Mr. Welch filed a Notice of First Extension of Time, extending his deadline to answer or otherwise respond to the Complaint to July 13, 2025. (Doc. No. 21).

2. On May 6, 2025, this Court granted CreditServe's motion for extension of time, extending its deadline to answer or otherwise respond to the Complaint to July 13, 2025. (Doc. No. 23).

3. Defendants and Plaintiff have been in settlement discussions regarding a resolution to this case. As part of those discussions, Defendants have requested a second extension of time of an additional thirty days for filing their response to Plaintiff's Complaint. Plaintiff does not oppose this request.

4. Good cause exists for granting this request to allow the parties additional time to discuss resolution of this case.

5. This request is made in good faith and not for the purpose of delay.

WHEREFORE, for the foregoing reasons, Defendants CreditServe and Eric Welch respectfully requests that this Court grant this unopposed request for a second extension of time allowing Defendants CreditServe and Eric Welch to answer, move, or otherwise respond to Plaintiff's Complaint on August 12, 2025.

Dated: June 30, 2025                                     Respectfully submitted,

By:   /s/ Craig R. Martin
Paul Ferak (ARDC #6272208 - IL)
Peter Rush (IN Bar #6634-49)
Craig R. Martin (ARDC #6336324 - IL)

Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: 312.476.5045
ferakp@gtlaw.com
rushp@gtlaw.com
craig.martin@gtlaw.com

*Attorneys for Defendants CreditServe, Inc. and Eric Welch*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court of the Southern District of Indiana using the electronic case filing system of the Court.  The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented to accept this Notice as service of this document by electronic means.

*/s/   Craig R. Martin*
Paul Ferak (ARDC #6272208 - IL)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL  60601
Tel: 312.476.5045
ferakp@gtlaw.com

*Attorney for Defendants CreditServe, Inc. and Eric Welch*