# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| NATHAN HORATSCHKI, on behalf of Plaintiff and the class members described herein, | ) ) ) ) |
| Plaintiff, | ) Case No. 1:25-cv-00523-JRS-MG |
| v. | ) ) |
| WAHIDO LENDING, doing business as RIVER VALLEY LOANS; CREDITSERVE, INC.; ERIC WELCH; VIKING CLIENT SERVICES, LLC, doing business as VIKING BILLING SERVICES and VIKING PAYMENT SERVICE; LEAD ENVY, LLC doing business as TEKAMBI; and JOHN DOES 1-20, | ) ) ) ) ) DEMAND FOR TRIAL BY JURY ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT & REQUEST TO STAY DEADLINES

Plaintiff Nathan Horatschki and Defendants Wahido Lending, CreditServe, Inc., Eric Welch, Viking Client Services, LLC, and Lead Envy, LLC hereby notify this court that they have settled this case in principle and expect to file dismissal papers within the next sixty (60) days. The Parties respectfully request that the Initial Pre-Trial Conference scheduled for September 11, 2025, be stricken and all deadlines be stayed while they negotiate a written settlement agreement.

Respectfully submitted,

| | |
|---|---|
| */s/ Alexandra Huzyk* | */s/ Craig Ray Martin (with consent)* |
| Daniel A. Edelman | Craig Ray Martin |
| Heather Kolbus | Paul J. Ferak |
| Alexandra R. Huzyk | Peter G. Rush |
| EDELMAN, COMBS, | Greenberg Traurig, LLP |

1

LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
courtecl@edcombs.com
dedelman@edcombs.com
hkolbus@edcombs.com
ahuzyk@edcombs.com

*Counsel for Plaintiff*

360 North Green Street, Suite 1300
Chicago, IL 60607
(312) 456-8400
craig.martin@gtlaw.com
ferakp@gtlaw.com
rushp@gtlaw.com

*Counsel for Defendants Credit Serve, Inc. and Eric Welch*

*/s/ Michelle M. Fox (with consent)*
Michelle M. Fox
Cedar Tree Native Law
P.O. Box 637
Omaha, NE 68101
406-788-4258
mfox@ctnativelaw.com

*Counsel for Defendant Wahido Lending*

*/s/ Brandon Stein (with consent)*
Brandon Stein
Husch Blackwell LLP
2415 E. Camelback Road, Suite 500
Phoenix, AZ 85016
480-824-7890
brandon.stein@huschblackwell.com

*Counsel for Defendant Lead Envy, LLC*

## **CERTIFICATE OF SERVICE**

I, Alexandra Huzyk, hereby certify that on August 1, 2025, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF online system, which sent notice via email to all counsel of record. I further certify that copies were mailed to the following Defendants:

Viking Client Services, LLC d/b/a Viking Billing Services and Viking Payment Service
10050 Crosstown Circle, Suite 300
Eden Prairie, MN 55344

                                                              */s/ Alexandra Huzyk*
                                                              Alexandra Huzyk