> Acknowledged. Case dismissed as outlined.
>
> JRS, CJ, 10/17/2025.
>
> Distribution to all counsel of record via CM/ECF.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| NATHAN HORATSCHKI, ) <br> on behalf of Plaintiff and the class ) <br> members described herein, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WAHIDO LENDING d/b/a ) <br> RIVER VALLEY LOANS; ) <br> CREDITSERVE, INC.; ) <br> ERIC WELCH; ) <br> VIKING CLIENT SERVICES, LLC, ) <br> doing business as Viking Billing Services ) <br> and Viking Payment Service; ) <br> LEAD ENVY, LLC doing business as ) <br> TEKAMBI; and ) <br> JOHN DOES 1-20, ) <br> ) <br> Defendants. ) | Case No.: 1:25-cv-00523-JRS-MG |

## **STIPULATION TO DISMISS**

Now come the Parties Plaintiff Nathan Horatschki ("Plaintiff") and Defendants Wahido Lending, CreditServe, Inc., Eric Welch, Viking Client Services, LLC, and Lead Envy, LLC (collectively, "Defendants") by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and without costs, and the claims of the putative class against Defendants without prejudice and without costs. Plaintiff's claims against Defendants John Does 1-20 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Alexandra Huzyk* <br> Daniel A. Edelman <br> Heather Kolbus | */s/ Michelle M. Fox (with consent)* <br> Michelle M. Fox <br> Cedar Tree Native Law |

Alexandra Huzyk
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
ahuzyk@edcombs.com
courtecl@edcombs.com
*Counsel for Plaintiff*

P.O. Box 637
Omaha, NE 68101
406-788-4258
mfox@ctnativelaw.com
*Counsel for Defendant Wahido Lending*

*/s/ Craig R. Martin (with consent)*
Craig R. Martin
Paul J. Ferak
Peter G. Rush
Greenberg Traurig, LLP
360 North Green Street, Suite 1300
Chicago, IL 60607
(312) 456-8400
craig.martin@gtlaw.com
ferakp@gtlaw.com
rushp@gtlaw.com
*Counsel for Defendants Credit Serve, Inc. and Eric Welch*

*/s/ Brandon Stein (with consent)*
Brandon Stein
Husch Blackwell LLP
2415 E. Camelback Road, Suite 500
Phoenix, AZ 85016
480-824-7890
brandon.stein@huschblackwell.com
*Counsel for Defendant Lead Envy, LLC*